SHORT RECORD
No. 26-1125
Filed: 01/22/2026

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) ) ) ) v. ) ) **MARIMAR MARTINEZ** and ) **ANTHONY IAN SANTOS RUIZ** ) ) | Case No. 25 CR 636 |

## NOTICE OF APPEAL

Chicago Tribune Company, the Chicago Sun-Times Media, Inc, and WBEZ (Chicago Public Media, Inc.) hereby appeal to the United States Court of Appeals for the Seventh Circuit from the order denying the Emergency Motion for Leave to Intervene for the Purposes of Modifying the Protective Order and Gaining Immediate Access to Evidence Including Video Footage and Photographs (ECF No. 73) entered on December 19, 2025 (ECF No. 94).

Dated: January 20, 2026

Respectfully submitted,

CHICAGO TRIBUNE COMPANY,
CHICAGO SUN-TIMES MEDIA,
INC. AND WBEZ (CHICAGO
PUBLIC MEDIA, INC.)

By: /s/ Steven P. Mandell
One of their attorneys

Steven P. Mandell, counsel of record (ARDC # 6183729)
smandell@mandellpc.com
Brian D. Saucier (ARDC # 6226006)
bsaucier@mandellpc.com
Mandell P.C.
One North Franklin, Suite 900
Chicago, IL 60606
(312) 801-6337

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| | ) | |
| v. | ) | District Court Case No. 25 CR 636 |
| | ) | Appeal Case No. |
| **MARIMAR MARTINEZ** and | ) | |
| **ANTHONY IAN SANTOS RUIZ** | ) | |
| | ) | |

**DOCKETING STATEMENT**

Chicago Tribune Company, the Chicago Sun-Times Media, Inc, and WBEZ (Chicago Public Media, Inc.) ("Media Parties") hereby submit this docketing statement pursuant to Seventh Circuit Court of Appeals Rule of Appellate Procedure 3(c).

### I. JURISDICTION OF THE DISTRICT COURT

The district court had jurisdiction over this matter as a criminal action arising under the laws of the United States pursuant to 28 U.S.C. § 3231.

### II. JURISDICTION OF THE COURT OF APPEALS

This appeal is taken from the final order of the U.S. District Court for the Northern District of Illinois entered on December 19, 2025 by the Honorable Georgia N. Alexakis (ECF No. 94) denying the Media Parties' Emergency Motion for Leave to Intervene for the Purposes of Modifying the Protective Order and Gaining Immediate Access to Evidence Including Video Footage and Photographs (ECF No. 73). The Notice of Appeal was timely filed with the District Court on January 20, 2026. The United States Court of Appeals has jurisdiction to decide this case pursuant to 28 U.S.C. § 1291.

There have been no prior or related proceedings adjudicated by the Seventh Circuit raising a similar issue.

Counsel of Record is Counsel for Media Parties, Steven P. Mandell.

Dated: January 20, 2026

Respectfully submitted,

CHICAGO TRIBUNE COMPANY, CHICAGO SUN-TIMES MEDIA, INC. AND WBEZ (CHICAGO PUBLIC MEDIA, INC.)

By: /s/ Steven P. Mandell
One of their attorneys

Steven P. Mandell, counsel of record (ARDC # 6183729)
smandell@mandellpc.com
Brian D. Saucier (ARDC # 6226006)
bsaucier@mandellpc.com
Mandell P.C.
One North Franklin, Suite 900
Chicago, IL 60606
(312) 801-6337

2

**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

UNITED STATES OF AMERICA
                              Plaintiff,

v.                                      Case No.: 1:25−cr−00636
                                                          Honorable Georgia N. Alexakis
, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, December 19, 2025:

      MINUTE entry before the Honorable Georgia N. Alexakis: Hearing held on 12/19/2025 regarding the motions to intervene filed by various members of the press. [73], [86]. For the reasons stated on the record, those motions are denied. This criminal case remains terminated. Mailed notice. (jcc,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.

APPEAL,McSHAIN

# United States District Court
## Northern District of Illinois - CM/ECF NextGen 1.8 (rev. 1.8.5) (Chicago)
## CRIMINAL DOCKET FOR CASE #: 1:25-cr-00636-1
## Internal Use Only

Case title: USA v. Martinez et al

Date Filed: 10/09/2025

Date Terminated: 11/20/2025

Assigned to: Honorable Georgia N. Alexakis

**Defendant (1)**

| | | |
|---|---|---|
| **Marimar Martinez** <br> *TERMINATED: 11/20/2025* | represented by | **Christopher Parente** <br> Cheronis & Parente <br> 140 S. Dearborn <br> Suite 404 <br> Chicago, IL 60603 <br> 773-458-4899 <br> Email: cparente@cheronislaw.com <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br> *Designation: Retained* |
| | | **Damon M Cheronis** <br> Cheronis & Parente LLC <br> 140 S Dearborn Street <br> Suite 404 <br> Chicago, IL 60603-5232 <br> 312-663-4644 <br> Email: damon@cheronislaw.com <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |
| | | **Brendan J. Healey** <br> Baron Harris Healey <br> 150 South Wacker Drive <br> Suite 2400 <br> Chicago, IL 60606 <br> (312) 741-1030 <br> Fax: Active <br> Email: bhealey@bhhlawfirm.com <br> *ATTORNEY TO BE NOTICED* |
| | | **Sharon Renae Albrecht** <br> Baron Harris Healey <br> 150 S. Wacker Dr. <br> Suite 2400 |

Chicago, IL 60606
(651) 352-7749
Fax: Not a member
Email: salbrecht@bhhlawfirm.com
*ATTORNEY TO BE NOTICED*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| ASSAULTING/RESISTING/IMPEDING OFFICERS/EMPLOYEES (1) | Government's motion to dismiss granted |

| **Highest Offense Level (Terminated)** | |
|---|---|
| Felony | |

| **Complaints** | **Disposition** |
|---|---|
| 18:111.F | |

**Intervenor**

| **American Broadcast Companies, Inc.** | represented by | **Steven P. Mandell**<br>Mandell P.C.<br>1 N. Franklin Street<br>Suite 900<br>Chicago, IL 60606<br>312-251-1001<br>Email: smandell@mandellpc.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|
| | | **Brian D. Saucier**<br>Mandell P.C.<br>1 N. Franklin St.<br>Suite 900<br>Chicago, IL 60606<br>312-801-6482<br>Email: bsaucier@mandellpc.com<br>*ATTORNEY TO BE NOTICED* |

**Intervenor**

| **American Broadcasting Companies, Inc.** | represented by | **Brian D. Saucier**<br>(See above for address) |
|---|---|---|

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Steven P. Mandell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| **Intervenor** | | |
| **Washington Post Company** *doing business as* The Washington Post | represented by | **Brian D. Saucier** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* *Designation: Retained* |
| | | **Steven P. Mandell** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| **Intervenor** | | |
| **Chicago Tribune Company** | represented by | **Brian D. Saucier** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* *Designation: Retained* |
| | | **Steven P. Mandell** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| **Intervenor** | | |
| **Chicago Sun-Times Media, Inc.** | represented by | **Brian D. Saucier** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* *Designation: Retained* |
| | | **Steven P. Mandell** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

**Intervenor**

|  |  |  |
|---|---|---|
|  | represented by | **Brian D. Saucier**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained*<br><br>**Steven P. Mandell**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| **USA** | represented by | **Sean Hennessy**<br>DOJ-USAO<br>219 South Dearborn Street<br>Ste 500<br>Chicago, IL 60604<br>312-886-3482<br>Fax: Not a member<br>Email: sean.hennessy@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained*<br><br>**AUSA - Chicago**<br>United States Attorney's Office (NDIL - Chicago)<br>219 South Dearborn Street<br>Chicago, IL 60604<br>Fax: US Govt Attorney<br>Email: USAILN.ECFAUSA@usdoj.gov<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant US Attorney*<br><br>**Pretrial Services**<br>.<br>(312) 435-5793<br>Fax: Not a member<br>Email: ilnptdb_Court_Action_Notice@ilnpt.uscourts.gov<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Pretrial Services*<br><br>**Aaron Richard Bond**<br>United States Attorney's Office<br>219 South Dearborn<br>5th Floor<br>Chicago, IL 60604<br>312-469-6047<br>Fax: US Govt Attorney<br>Email: aaron.bond@usdoj.gov<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|

**Ronald L. DeWald , Jr.**
United States Attorney's Office (NDIL - Chicago)
219 South Dearborn Street
Chicago, IL 60604
(312) 353-5300
Fax: US Govt Attorney
Email: ronald.dewald@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Select all / clear | Docket Text |
|---|---|---|---|
| 10/04/2025 | | | ARREST of defendant Marimar Martinez (emc, ) (Entered: 10/07/2025) |
| 10/05/2025 | 1 | ☐ | COMPLAINT signed by Honorable Heather K. McShain as to Marimar Martinez (1), Anthony Ian Santos Ruiz (2). (daj, ) (Entered: 10/06/2025) |
| 10/06/2025 | 3 | ☐ | ORDER as to Marimar Martinez: Initial appearance held on 10/06/2025. Defendant appeared in response to arrest in this District on 10/04/2025. Retained counsel Attorney Christopher V. Parente appears on behalf of the Defendant. Defendant informed of the charge against her in the criminal complaint and the possible sentence/fine if convicted of the charge. Government orally moved to detain and for a detention hearing pursuant to 18 U.S.C § 3142(f)(1)(A). For the reasons stated on the record, the Court finds, without objection from Defendant, that the Government is entitled to a detention hearing pursuant to 18 U.S.C § 3142(f)(1)(A). In-person detention hearing is set before Magistrate Judge McShain on 10/06/2025 at 2:00 p.m. in Courtroom 1743. Any potential third-party custodian is required to attend the detention hearing inperson on 10/06/2025. Defendant is remanded to the custody of the U.S. Marshal until further order of the Court. In-person preliminary examination hearing is set before Magistrate Judge McShain on 10/10/2025 at 1:00 p.m. in Courtroom 1025. Pursuant to Fed. R. Crim. P. 5(f)(1), the Court confirmed the continuing obligation of the United States to disclose information favorable to the Defendant as to guilt or punishment, and possible consequences of nondisclosure. For further details, please see the attached written order. Signed by the Honorable Heather K. McShain on 10/6/2025. Mailed notice (emc, ) (Entered: 10/07/2025) |
| 10/06/2025 | 4 | ☐ | ORDER PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 5(f) as to Marimar Martinez. Signed by the Honorable Heather K. McShain on 10/6/2025. Mailed notice (emc, ) (Entered: 10/07/2025) |
| 10/06/2025 | 🔒 5 | ☐ | ORDER Setting Conditions of Release as to Marimar Martinez in amount of $ 10,000, unsecured. Signed by the Honorable Heather K. McShain on 10/6/2025. Mailed notice (emc, ) (Entered: 10/07/2025) |
| 10/06/2025 | 🔒 6 | ☐ | APPEARANCE Bond as to Marimar Martinez. (emc, ) (Entered: 10/07/2025) |
| 10/06/2025 | 7 | ☐ | ATTORNEY Appearance for defendant Marimar Martinez by Christopher Parente (emc, ) (Entered: 10/07/2025) |

| Date | Doc # | | Description |
|---|---|---|---|
| 10/06/2025 | | | ORAL MOTION to detain as to Marimar Martinez. (ec, ) (Entered: 10/07/2025) |
| 10/06/2025 | 17 | ☐ | MINUTE entry before the Honorable Heather K. McShain as to Marimar Martinez. Detention hearing held on 10/06/2025. For the reasons stated on the record, the Court finds there is a combination of conditions to reasonably assure the safety of the community. The Government's oral motion for pretrial detention is denied. Defendant was admonished on the record of the terms and conditions of the release order. Defendant released on a $10,000 appearance bond with conditions. Enter Order Setting Conditions of Release. Defendant shall be released after processing. (ec, ) (Entered: 10/07/2025) |
| 10/07/2025 | 2 | ☐ | MOTION by USA for protective order as to Marimar Martinez *UNOPPOSED* (Hennessy, Sean) (Entered: 10/07/2025) |
| 10/07/2025 | 15 | ☐ | ATTORNEY Appearance for USA bySean Hennessy (Hennessy, Sean) (Entered: 10/07/2025) |
| 10/07/2025 | 16 | ☐ | MOTION by Marimar Martinez for Early Return of Subpoenas (Parente, Christopher) (Entered: 10/07/2025) |
| 10/07/2025 | 18 | ☐ | MINUTE entry before the Honorable Heather K. McShain: Defendant's motion of entry of unopposed protective order governing discovery 2 is granted. Enter Order. Mailed notice. (pk, ) (Entered: 10/07/2025) |
| 10/07/2025 | 20 | ☐ | PROTECTIVE ORDER GOVERNING DISCOVERY as to Marimar Martinez. Signed by the Honorable Heather K. McShain on 10/7/25.Mailed notice. (pk, ) (Entered: 10/07/2025) |
| 10/08/2025 | 21 | ☐ | MINUTE entry before the Honorable Heather K. McShain as to Marimar Martinez (1): Defendant Marimar Martinez unopposed motion for early return of subpoenas 16 is granted. Early return of materials subpoenaed in accordance with Rule 17 is permitted. Mailed notice. (pk, ) (Entered: 10/08/2025) |
| 10/09/2025 | | 🔒 | (Court only) Judge update in case as to Marimar Martinez, Anthony Ian Santos Ruiz. Judge Honorable Georgia N. Alexakis added. (emc, ) (Entered: 10/10/2025) |
| 10/09/2025 | 22 | ☐ | INDICTMENT as to Marimar Martinez (1) count(s) 1, Anthony Ian Santos Ruiz (2) count(s) 2 (emc, ) (Entered: 10/10/2025) |
| 10/09/2025 | 24 | ☐ | DESIGNATION Sheet: FELONY (Category 4). (emc, ) (Entered: 10/10/2025) |
| 10/09/2025 | 🔒 40 | | (Court only) UNREDACTED (SEALED) INDICTMENT as to defendant Marimar Martinez, Anthony Ian Santos Ruiz (lm, ) (Entered: 10/15/2025) |
| 10/10/2025 | | 🔒 | (Court only) Judge update in case as to Marimar Martinez, Anthony Ian Santos Ruiz. Judge Honorable Heather K. McShain no longer assigned to case. (lm, ) (Entered: 10/10/2025) |
| 10/10/2025 | 23 | ☐ | MINUTE entry before the Honorable Heather K. McShain as to Marimar Martinez, Anthony Ian Santos Ruiz: This case having been indicted 22 , |

| | | | |
|---|---|---|---|
| | | | the preliminary examination hearings set for 10/16/2025 are stricken. Mailed notice (pk, ) (Entered: 10/10/2025) |
| 10/10/2025 | 25 | ☐ | ATTORNEY Designation for USA of Aaron Richard Bond (Bond, Aaron) (Entered: 10/10/2025) |
| 10/10/2025 | 🔒 26 | ☐ | NOTICE of Arraignment as to Marimar Martinez, Anthony Ian Santos Ruiz before Honorable Heather K. McShain on 10/15/2025 at 10:00 AM. (emc, ) (Entered: 10/10/2025) |
| 10/13/2025 | 27 | ☐ | MOTION by Marimar Martinez for Preservation Order (Parente, Christopher) (Entered: 10/13/2025) |
| 10/13/2025 | 28 | ☐ | NOTICE of Motion by Christopher Parente for presentment of motion for miscellaneous relief 27 before Honorable Georgia N. Alexakis on 10/16/2025 at 09:30 AM. (Parente, Christopher) (Entered: 10/13/2025) |
| 10/14/2025 | 32 | | PRETRIAL Bail Report as to Marimar Martinez (SEALED) (Wiersema, Justin) (Entered: 10/14/2025) |
| 10/14/2025 | 🔒 33 | ☐ | TRANSCRIPT OF PROCEEDINGS OF THE DETENTION HEARING as to Marimar Martinez, Anthony Ian Santos Ruiz held on 10/06/2025, before the Honorable Heather K. McShain. Order Number: 53192. Court Reporter Contact Information: Rosemary Scarpelli, (312)435-5885, Rosemary_Scarpelli@ilnd.uscourts.gov, on behalf of PAMELA WARREN.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 11/4/2025. Redacted Transcript Deadline set for 11/14/2025. Release of Transcript Restriction set for 1/12/2026. (Scarpelli, Rosemary) (Entered: 10/14/2025) |
| 10/14/2025 | 🔒 34 | ☐ | TRANSCRIPT OF PROCEEDINGS - INITIAL APPEARANCE as to Marimar Martinez, Anthony Ian Santos Ruiz held on 10/06/2025, before the Honorable Heather K. McShain. Order Number: 53206. Court Reporter Contact Information: Rosemary Scarpelli, (312)435-5885, Rosemary_Scarpelli@ilnd.uscourts.gov, on behalf of PAMELA WARREN.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 11/4/2025. Redacted Transcript Deadline set for 11/14/2025. Release of Transcript Restriction set for 1/12/2026. (Scarpelli, |

| | | | |
|---|---|---|---|
| | | | Rosemary) (Entered: 10/14/2025) |
| 10/14/2025 | 35 | ☐ | ATTORNEY Appearance for USA by Ronald L. DeWald, Jr (DeWald, Ronald) (Entered: 10/14/2025) |
| 10/14/2025 | 36 | ☐ | MINUTE entry before the Honorable Georgia N. Alexakis as to Marimar Martinez (1), Anthony Ian Santos Ruiz (2): The Court sets a hearing on defendants' motions for a preservation order 27 30 for 10/16/25 at 12:30 p.m. Mailed notice. (ym) (Entered: 10/14/2025) |
| 10/15/2025 | 38 | ☐ | MINUTE entry before the Honorable Heather K. McShain as to Marimar Martinez (1): Arraignment held on 10/15/2025. Defendant informed of the charge against her and the possible sentence/fine if convicted of the charge. Defendant acknowledged receipt of the Indictment; waived formal reading of Indictment; and, entered a plea of not guilty to the Indictment. Rule 16.1(a) conference to be held by 10/22/2025. Status hearing is set before Judge Alexakis on 11/20/2025 at 10:00 a.m. For reasons stated on the record, Government's oral motion to exclude time through the date of the status hearing is denied. Mailed notice. (pk, ) (Entered: 10/15/2025) |
| 10/16/2025 | 41 | ☐ | MINUTE entry before the Honorable Georgia N. Alexakis:As to Marimar Martinez (1), Anthony Ian Santos Ruiz (2) :For the reasons stated on the record, defendants' motions for a preservation order 27 , 30 , including as those motions were amended orally, are granted. The parties are directed to meet and confer on a revised proposed preservation order and submit the proposed order to the Court's proposed order inbox this afternoon. A status hearing is set for 10/20/25 at 10:00 a.m. to set a jury trial date. (ca, ) (Entered: 10/16/2025) |
| 10/17/2025 | 42 | ☐ | PRESERVATION ORDER as to Marimar Martinez, Anthony Ian Santos Ruiz Signed by the Honorable Georgia N. Alexakis on 10/17/25. (ca, ). (Entered: 10/17/2025) |
| 10/19/2025 | 43 | ☐ | MOTION by Marimar Martinez for hearing *Regarding the Destruction of Evidence* (Parente, Christopher) (Entered: 10/19/2025) |
| 10/19/2025 | 44 | ☐ | NOTICE of Motion by Christopher Parente for presentment of motion for hearing 43 before Honorable Georgia N. Alexakis on 10/23/2025 at 09:30 AM. (Parente, Christopher) (Entered: 10/19/2025) |
| 10/20/2025 | 45 | ☐ | MINUTE entry before the Honorable Georgia N. Alexakis: As to Marimar Martinez, Anthony Ian Santos Ruiz. Status and motion hearing held on 10/20/25. The Court grants defendant Martinez's motion for a hearing regarding destruction of evidence 43 , without prejudice to the government's opportunity to respond to the motion following its production of discovery and to argue that the need for the hearing has been obviated. No appearance is required on 10/23/25. The Court sets a hearing on defendant Martinez's motion for 11/6/25 at 2:00 p.m. As reflected on the record, the Court anticipates that BPA 1 will testify at the hearing in-person or, if need be, via remote means. The Court grants the government's oral motion for early return of trial subpoenas. The Court schedules a jury trial to begin on 2/2/26 at 9:30 a.m. The parties are directed to meet and confer on a proposed pretrial schedule and to submit one by 10/27/25 via email to the Courtroom Deputy. Time is excluded without objection from 10/20/25 through the 2/2/26 trial pursuant to 18 |

| | | | |
|---|---|---|---|
| | | | U.S.C. §§ 3161(h)(1)(D) and (h)(1)(H), to account for the filing and disposition of pretrial motions, and pursuant to 18 U.S.C. §§ 3161(h)(1)(7)(A) in the interest of justice, to allow the parties sufficient time to prepare for trial and to pursue, as necessary, discovery on issues related to alleged spoliation. (ca, ) (Entered: 10/20/2025) |
| 10/20/2025 | 46 | ☐ | ATTORNEY Appearance for defendant Marimar Martinez by Damon M Cheronis (Cheronis, Damon) (Entered: 10/20/2025) |
| 10/24/2025 | 51 | ☐ | APPLICATION and Affidavit for a Search Warrant by USA. (td, ) (Main Document 51 replaced on 12/18/2025) (td, ). Modified on 12/18/2025 (td, ). (Entered: 10/24/2025) |
| 10/24/2025 | 52 | ☐ | MOTION to seal Search Warrant, Application, and Affidavit. (td, ) (Main Document 52 replaced on 12/18/2025) (td, ). Modified on 12/18/2025 (td, ). (Entered: 10/24/2025) |
| 10/24/2025 | 53 | ☐ | ORDER. Signed by the Honorable Georgia N. Alexakis on 10/24/2025. (td, ) (Main Document 53 replaced on 12/18/2025) (td, ). Modified on 12/18/2025 (td, ). (Entered: 10/24/2025) |
| 10/28/2025 | 54 | ☐ | MINUTE entry before the Honorable Georgia N. Alexakis: As to Marimar Martinez and Anthony Ian Santos Ruiz: The Court largely adopts the parties' proposed pretrial schedule, which was submitted by email to the Courtroom Deputy on 10/27/25. Motions in limine are due by 12/22/25; responses to motions in limine, jury instructions, witness lists (and objections thereto); exhibit lists (and objections thereto); a joint statement of the case; and proposed voir dire question are all due by 1/5/26. Any objected-to exhibits should be submitted the Court by 1/14/26. The Court schedules a pretrial conference for 1/20/26 at 11:00 a.m. (ca, ) (Entered: 10/28/2025) |
| 10/29/2025 | 55 | ☐ | MINUTE entry before the Honorable Georgia N. Alexakis: As to Marimar Martinez, Anthony Ian Santos Ruiz. The Court resets the hearing on defendant Martinez's motion for a hearing regarding destruction of evidence from 11/6/25 to 11/5/25 at 1:30 p.m. If BPA 1 will be testifying via remote means, the parties are directed to notify the Courtroom Deputy by email by 11/3/25, so that the appropriate courtroom technology can be set up. The Court vacates the 11/20/25 status hearing. (ca, ) (Entered: 10/29/2025) |
| 10/31/2025 | 57 | ☐ | MINUTE entry before the Honorable Georgia N. Alexakis: As to Marimar Martinez, Anthony Ian Santos Ruiz. At the request of counsel for defendant Martinez, the Court resets the hearing on defendant Martinez's motion regarding the destruction of evidence to 11/5/25 at 12 p.m. (TIME CHANGE ONLY). (ca, ) (Entered: 10/31/2025) |
| 11/03/2025 | 58 | ☐ | RESPONSE by USA as to Marimar Martinez, Anthony Ian Santos Ruiz regarding MOTION by Marimar Martinez for hearing *Regarding the Destruction of Evidence* 43 (DeWald, Ronald) (Entered: 11/03/2025) |
| 11/04/2025 | 59 | ☐ | REPLY by Marimar Martinez to response to motion 58 (Parente, Christopher) (Entered: 11/04/2025) |

| | | | |
|---|---|---|---|
| 11/04/2025 | 60 | ☐ | MINUTE entry before the Honorable Georgia N. Alexakis: As to Marimar Martinez, Anthony Ian Santos Ruiz. The Court has reviewed the government's response to defendant Martinez's motion for a hearing regarding the destruction of evidence 58 and defendant Martinez's reply in support of her motion for a hearing 59 . The Court expects to have questions tomorrow on these recent filings, but the parties should come prepared for the hearing to go forward. (ca, ) (Entered: 11/04/2025) |
| 11/05/2025 | 61 | ☐ | EXHIBIT by Marimar Martinez (Parente, Christopher) (Entered: 11/05/2025) |
| 11/05/2025 | 62 | ☐ | Exhibit by USA as to Marimar Martinez, Anthony Ian Santos Ruiz *Government's Exhibits 1A-1B* (Bond, Aaron) (Entered: 11/05/2025) |
| 11/05/2025 | 63 | ☐ | MINUTE entry before the Honorable Georgia N. Alexakis: As to Marimar Martinez, Anthony Ian Santos Ruiz. Evidentiary hearing held on 11/5/25 on defendant Martinez's motion concerning destruction of evidence 43 . Hearing continued to a date to be determined after the parties have met and conferred on schedules. The parties are directed to email the Courtroom Deputy with possible dates as promptly as possible. By close of business 11/6/25, the government is directed to provide the Court with the agent's unredacted text messages for in camera inspection. Any exhibits used during today's hearing should be filed on the docket. (ca, ) (Entered: 11/06/2025) |
| 11/17/2025 | 64 | ☐ | MINUTE entry before the Honorable Georgia N. Alexakis: As to Marimar Martinez, Anthony Ian Santos Ruiz. The Court sets a status hearing for 11/18/25 at 9:30 a.m. (ca, ) (Entered: 11/17/2025) |
| 11/17/2025 | 65 | ☐ | MINUTE entry before the Honorable Georgia N. Alexakis:As to Marimar Martinez, Anthony Ian Santos Ruiz. Following its in camera review of the agent's unredacted text messages 63 , the Court held an ex parte, in camera meeting with counsel for the government on 11/17/25, during which it directed the production of additional text messages to defendants. The government is directed to produce those additional text messages promptly. (ca, ) (Entered: 11/17/2025) |
| 11/17/2025 | 66 | ☐ | MINUTE entry before the Honorable Georgia N. Alexakis:As to Marimar Martinez, Anthony Ian Santos Ruiz. At the request of counsel. The status hearing is reset for 11/18/25 at 9:00 a.m. (Time change only). (ca, ) (Entered: 11/17/2025) |
| 11/17/2025 | 🔒 67 | ☐ | TRANSCRIPT OF PROCEEDINGS as to Marimar Martinez, Anthony Ian Santos Ruiz held on November 5, 2025, before the Honorable Georgia N. Alexakis. Court Reporter Contact Information: Jennifer Costales, CRR, RMR, CRC - jenny.uscra@yahoo.com.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 12/8/2025. Redacted Transcript Deadline set for 12/18/2025. Release of Transcript Restriction set for 2/16/2026. (Costales, |

| | | | |
|---|---|---|---|
| | | | Jennifer) (Entered: 11/17/2025) |
| 11/18/2025 | 68 | ☐ | MINUTE entry before the Honorable Georgia N. Alexakis: As to Marimar Martinez, Anthony Ian Santos Ruiz. Status hearing held on 11/18/25 and continued until 11/20/25 at 4:00 p.m. for the parties and the Court to schedule next steps in these proceedings. (ca, ) (Entered: 11/18/2025) |
| 11/20/2025 | 69 | ☐ | MOTION by USA to dismiss as to Marimar Martinez, Anthony Ian Santos Ruiz (DeWald, Ronald) (Entered: 11/20/2025) |
| 11/20/2025 | 70 | ☐ | ORDER as to Marimar Martinez and Anthony Ian Santos Ruiz: The Court grants the government's motion to dismiss the indictment and exonerate the defendants' respective bonds. 69 . At the November 20, 2025 status hearing in this matter, defendants orally moved for the dismissal to be with prejudice, and the government did not oppose that request. The Court therefore dismisses the indictment as to defendants Martinez and Ruiz with prejudice. Signed by the Honorable Georgia N. Alexakis on 11/20/2025. Emailed notice (cn). (Entered: 11/20/2025) |
| 11/20/2025 | 🔒 | | (Court only) ***JS-3 Closing Information (td, ) (Entered: 11/21/2025) |
| 11/20/2025 | 🔒 | | (Court only) ***Update disposition information: Marimar Martinez (1), Count(s) 1, Government's motion to dismiss granted; Anthony Ian Santos Ruiz (2), Count(s) 2, Government's motion to dismiss granted, ***Dismissing count(s) held on 11/20/2025 for Marimar Martinez (1), Count(s) 1, Government's motion to dismiss granted; Anthony Ian Santos Ruiz (2), Count(s) 2, Government's motion to dismiss granted., ***Procedural Interval start as to Marimar Martinez, Anthony Ian Santos Ruiz (td, ) (Entered: 11/21/2025) |
| 11/21/2025 | 🔒 71 | ☐ | TRANSCRIPT OF PROCEEDINGS as to Marimar Martinez, Anthony Ian Santos Ruiz held on November 20, 2025, before the Honorable Georgia N. Alexakis. Court Reporter Contact Information: Jennifer Costales, CRR, RMR, CRC - jenny.uscra@yahoo.com. IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings. Redaction Request due 12/12/2025. Redacted Transcript Deadline set for 12/22/2025. Release of Transcript Restriction set for 2/19/2026. (Costales, Jennifer) (Entered: 11/21/2025) |
| 11/21/2025 | 72 | ☐ | NOTICE of Appearance of Proposed Intervenor American Broadcast Companies, Inc. by American Broadcast Companies, Inc. as to Marimar Martinez, Anthony Ian Santos Ruiz (Mandell, Steven) (Entered: 11/21/2025) |
| 11/21/2025 | 73 | ☐ | MOTION by American Broadcast Companies, Inc., WASHINGTON POST COMPANY d/b/a THE WASHINGTON POST, CHICAGO TRIBUNE COMPANY, THE CHICAGO SUN-TIMES MEDIA, INC, |

| | | | |
|---|---|---|---|
| | | | AND WBEZS EMERGENCY MOTION FOR LEAVE TO INTERVENE FOR THE PURPOSES OF MODIFYING THE PROTECTIVE ORDER AND GAINING IMMEDIATE ACCESS TO EVIDENCE INCLUDING VIDEO FOOTAGE AND PHOTOGRAPHS as to Marimar Martinez, Anthony Ian Santos Ruiz<br><br>(Mandell, Steven) (Entered: 11/21/2025) |
| 11/21/2025 | 74 | ☐ | MEMORANDUM by American Broadcast Companies, Inc. in support of MOTION by American Broadcast Companies, Inc., WASHINGTON POST COMPANY d/b/a THE WASHINGTON POST, CHICAGO TRIBUNE COMPANY, THE CHICAGO SUN-TIMES MEDIA, INC, AND WBEZS EMERGENCY MOTION FOR LEAVE TO INTERVENE FOR THE PURPOSES OF MODIFYING THE PROTECTIVE OR 73 (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Mandell, Steven) (Entered: 11/21/2025) |
| 11/22/2025 | 75 | ☐ | MINUTE entry before the Honorable Georgia N. Alexakis: As to Marimar Martinez, Anthony Ian Santos Ruiz. The Court sets a hearing on proposed intervenors' emergency motion for leave to intervene 73 on 11/24/25 at 2:15 p.m. No written response to the motion needs to be filed by the government or defendants before the hearing. (ca, ) (Entered: 11/22/2025) |
| 11/23/2025 | 76 | ☐ | MINUTE entry before the Honorable Georgia N. Alexakis: As to Marimar Martinez, Anthony Ian Santos Ruiz. In light of the parties' schedules, the hearing on the proposed intervenors' emergency motion for leave to intervene 73 is reset to 11/25/25 at 9 a.m. No written response to the motion needs to be filed by the government or defendants before the hearing. (ca, ) (Entered: 11/23/2025) |
| 11/24/2025 | 77 | ☐ | MEMORANDUM by American Broadcast Companies, Inc. in support of MOTION by American Broadcast Companies, Inc., WASHINGTON POST COMPANY d/b/a THE WASHINGTON POST, CHICAGO TRIBUNE COMPANY, THE CHICAGO SUN-TIMES MEDIA, INC, AND WBEZS EMERGENCY MOTION FOR LEAVE TO INTERVENE FOR THE PURPOSES OF MODIFYING THE PROTECTIVE OR 73 *(Corrected)* (Mandell, Steven) (Entered: 11/24/2025) |
| 11/25/2025 | 78 | ☐ | NOTICE of Appearance of Proposed Intervenors American Broadcasting Companies, Inc., Washington Post Company d/b/a The Washington Post, Chicago Tribune Company, Chicago Sun-Times Media, Inc., and WBEZ by American Broadcast Companies, Inc. as to Marimar Martinez, Anthony Ian Santos Ruiz (Saucier, Brian) (Entered: 11/25/2025) |
| 11/25/2025 | 79 | ☐ | NOTICE of Appearance of Proposed Intervenors Washington Post Company d/b/a The Washington Post, Chicago Sun-Times Media, Inc., Chicago Tribune Company, and WBEZ by American Broadcast Companies, Inc. as to Marimar Martinez, Anthony Ian Santos Ruiz (Mandell, Steven) (Entered: 11/25/2025) |
| 11/25/2025 | 80 | ☐ | MINUTE entry before the Honorable Georgia N. Alexakis: As to Marimar Martinez, Anthony Ian Santos Ruiz. Motion hearing held on 11/25/25 on the proposed intervenors' emergency motion for leave to intervene for purposes of modifying the protective order 76 . Counsel for defendant Martinez represented that she did not oppose the motion, and counsel for defendant Ruiz represented that he took no position on the motion. The government represented that it intends to oppose the motion. Any |

| | | | |
|---|---|---|---|
| | | | opposition to the proposed intervenors motion is due by 12/5/25; any reply is due by 12/11/25. A hearing on the motion is set for 12/19/25 at 9:00 a.m. by telephone. The dial-in number is 650-479-3207; access code is 2300 875 1799. (ca, ) (Entered: 11/25/2025) |
| 11/25/2025 | 🔒 81 | ☐ | TRANSCRIPT OF PROCEEDINGS as to Marimar Martinez, Anthony Ian Santos Ruiz held on November 25, 2025, before the Honorable Georgia N. Alexakis. Court Reporter Contact Information: Jennifer Costales, CRR, RMR, CRC - jenny.uscra@yahoo.com.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 12/16/2025. Redacted Transcript Deadline set for 12/26/2025. Release of Transcript Restriction set for 2/23/2026. (Costales, Jennifer) (Entered: 11/25/2025) |
| 11/26/2025 | 82 | ☐ | ATTORNEY Appearance for defendant Marimar Martinez, Anthony Ian Santos Ruiz by Steven P. Mandell *Appearance for Proposed Intervenors American Broadcasting Companies, Inc., Washington Post Company d/b/a The Washington Post, Chicago Tribune Company, Chicago Sun-Times Media, Inc., and WBEZ* (Mandell, Steven) (Entered: 11/26/2025) |
| 11/26/2025 | 83 | ☐ | ATTORNEY Appearance for defendant Marimar Martinez, Anthony Ian Santos Ruiz by Brian D. Saucier *Appearance for Proposed Intervenors American Broadcasting Companies, Inc., Washington Post Company d/b/a The Washington Post, Chicago Tribune Company, Chicago Sun-Times Media, Inc., and WBEZ* (Saucier, Brian) (Entered: 11/26/2025) |
| 12/04/2025 | 84 | ☐ | ATTORNEY Appearance for defendant Marimar Martinez, Anthony Ian Santos Ruiz by Sharon Renae Albrecht *FOR PROSPECTIVE INTERVENOR CBS BROADCASTING, INC.* (Albrecht, Sharon) (Entered: 12/04/2025) |
| 12/04/2025 | 85 | ☐ | ATTORNEY Appearance for defendant Marimar Martinez, Anthony Ian Santos Ruiz by Brendan J. Healey *FOR PROSPECTIVE INTERVENOR CBS BROADCASTING, INC.* (Healey, Brendan) (Entered: 12/04/2025) |
| 12/04/2025 | 86 | ☐ | MOTION by Marimar Martinez for leave as to Marimar Martinez, Anthony Ian Santos Ruiz *FOR PROSPECTIVE INTERVENOR CBS BROADCASTING, INC. TO INTERVENE FOR THE PURPOSE OF MODIFYING THE PROTECTIVE ORDER AND GAINING IMMEDIATE ACCESS TO EVIDENCE INCLUDING VIDEO FOOTAGE AND PHOTOGRAPHS*<br><br>(Healey, Brendan) (Entered: 12/04/2025) |
| 12/04/2025 | 87 | ☐ | NOTICE of Motion by Brendan J. Healey for presentment of motion for leave to, 86 before Honorable Georgia N. Alexakis on 12/15/2025 at 09:30 AM. (Healey, Brendan) (Entered: 12/04/2025) |

| | | | |
|---|---|---|---|
| 12/05/2025 | 88 | ☐ | MINUTE entry before the Honorable Georgia N. Alexakis: As to Marimar Martinez, Anthony Ian Santos Ruiz. The Court resets the hearing on proposed intervenor CBS Broadcasting's motion to intervene 86 from 12/15/25 to 12/19/25 at 9 a.m. That hearing will take place telephonically. See docket entry 80 for dial-in details. (ca, ) (Entered: 12/05/2025) |
| 12/05/2025 | 89 | ☐ | RESPONSE by USA as to Marimar Martinez, Anthony Ian Santos Ruiz regarding MOTION by American Broadcast Companies, Inc., WASHINGTON POST COMPANY d/b/a THE WASHINGTON POST, CHICAGO TRIBUNE COMPANY, THE CHICAGO SUN-TIMES MEDIA, INC, AND WBEZS EMERGENCY MOTION FOR LEAVE TO INTERVENE FOR THE PURPOSES OF MODIFYING THE PROTECTIVE OR 73 (Attachments: # 1 Exhibit A)(DeWald, Ronald) (Entered: 12/05/2025) |
| 12/11/2025 | 90 | ☐ | REPLY by American Broadcast Companies, Inc. to memorandum in support, 77 , response to motion, 89 *MEDIA PARTIES REPLY IN SUPPORT OF MOTION TO INTERVENE FOR ACCESS TO JUDICIAL RECORDS AND TO MODIFY THE PROTECTIVE ORDER* (Mandell, Steven) (Entered: 12/11/2025) |
| 12/11/2025 | 91 | ☐ | REPLY by CBS Broadcasting Inc. to response to motion, 89 , MOTION by Marimar Martinez for leave as to Marimar Martinez, Anthony Ian Santos Ruiz *FOR PROSPECTIVE INTERVENOR CBS BROADCASTING, INC. TO INTERVENE FOR THE PURPOSE OF MODIFYING THE PROTECTIVE ORDER AND GAINING IMMEDIATE ACCESS TO EVIDENCE INCLUDING* 86 (Healey, Brendan) (Entered: 12/11/2025) |
| 12/11/2025 | 92 | ☐ | EXHIBIT by American Broadcast Companies, Inc. as to Marimar Martinez, Anthony Ian Santos Ruiz (Attachments: # 1 Exhibit B, # 2 Exhibit C, # 3 Exhibit D, # 4 Exhibit E, # 5 Exhibit F, # 6 Exhibit G, # 7 Exhibit H, # 8 Exhibit I)(Mandell, Steven) (Entered: 12/11/2025) |
| 12/18/2025 | 93 | ☐ | MINUTE entry before the Honorable Georgia N. Alexakis: As to Marimar Martinez, Anthony Ian Santos Ruiz. Pursuant to an order from this Court 53 , docket entries 51 , 52 , and 53 had been sealed until 11/23/25. The government has not requested to extend the seal. The Clerk of Court is directed to unseal docket entries 51 , 52 and 53 promptly. (ca, ) (Entered: 12/18/2025) |
| 12/19/2025 | 94 | ☐ | MINUTE entry before the Honorable Georgia N. Alexakis: Hearing held on 12/19/2025 regarding the motions to intervene filed by various members of the press. 73 , 86 . For the reasons stated on the record, those motions are denied. This criminal case remains terminated. Mailed notice. (jcc,) (Entered: 12/19/2025) |
| 12/19/2025 | 🔒 95 | ☐ | TRANSCRIPT OF PROCEEDINGS as to Marimar Martinez, Anthony Ian Santos Ruiz held on 12/19/2025, before the Honorable Georgia N. Alexakis. Telephonic Hearing and Ruling. Order Number: 54119. Court Reporter Contact Information: Colleen_Conway@ilnd.uscourts.gov or 312.435.5594.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at |

| | | | |
|---|---|---|---|
| | | | www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 1/9/2026. Redacted Transcript Deadline set for 1/20/2026. Release of Transcript Restriction set for 3/19/2026. (Conway, Colleen) (Entered: 12/19/2025) |
| 01/20/2026 | 96 | ☐ | NOTICE OF APPEAL by Chicago Tribune Company, Chicago Sun-Times Media, Inc., WBEZ as to Marimar Martinez, Anthony Ian Santos Ruiz regarding order on motion for miscellaneous relief, order on motion for leave,, motion hearing, 94 Filing fee $ 605, receipt number ILNDC-24616859 Receipt number: N (Mandell, Steven) Modified by the Clerk's Office on 1/21/2026 (jh, ). (Entered: 01/20/2026) |
| 01/20/2026 | 97 | ☐ | DOCKETING statement by Chicago Tribune Company, Chicago Sun-Times Media, Inc., WBEZ as to Marimar Martinez, Anthony Ian Santos Ruiz regarding notice of appeal, 96 (Mandell, Steven) Modified by the Clerk's Office on 1/21/2026 (jh, ). (Entered: 01/20/2026) |
| 01/22/2026 | 98 | ☐ | NOTICE of Appeal Due letter sent to counsel of record regarding notice of appeal, 96 . (jh, ) (Entered: 01/22/2026) |

[View Selected]

or

[Download Selected]