# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

March 13, 2026

*By the Court*:

| No. 26-1125 | UNITED STATES OF AMERICA,<br>　　　　Plaintiff - Appellee<br>v.<br><br>MARIMAR MARTINEZ and ANTHONY I. SANTOS RUIZ,<br>　　　　Defendants<br><br>APPEAL OF: CHICAGO TRIBUNE COMPANY, et al. |
|---|---|

| **Originating Case Information:** |
|---|
| District Court No: 1:25-cr-00636-1<br>Northern District of Illinois, Eastern Division<br>District Judge Georgia N. Alexakis |
| **Originating Case Information:** |
| District Court No: 1:25-cr-00636-2<br>Northern District of Illinois, Eastern Division<br>District Judge Georgia N. Alexakis |

Upon consideration of the **MOTION TO DISMISS ITS APPEAL**, filed on March 12, 2026, by counsel for the media parties,

**IT IS ORDERED** that this case is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).