# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

March 13, 2026

To:  Thomas G. Bruton
      UNITED STATES DISTRICT COURT
      Northern District of Illinois
      Chicago, IL 60604

| | |
|---|---|
| No. 26-1125 | UNITED STATES OF AMERICA, <br>       Plaintiff - Appellee <br> v. <br> MARIMAR MARTINEZ and ANTHONY I. SANTOS RUIZ, <br>       Defendants <br> <br> APPEAL OF: CHICAGO TRIBUNE COMPANY, et al. |

| **Originating Case Information:** |
|---|
| District Court No: 1:25-cr-00636-1 <br> Northern District of Illinois, Eastern Division <br> District Judge Georgia N. Alexakis |
| **Originating Case Information:** |
| District Court No: 1:25-cr-00636-2 <br> Northern District of Illinois, Eastern Division <br> District Judge Georgia N. Alexakis |

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

TYPE OF DISMISSAL:                                F.R.A.P. 42(b)

STATUS OF THE RECORD:                      no record to be returned

This notice sent to:

[ ]  United States Probation Officer